FILED

2008 APR 15 PM 2:12

CLERK US...
SOUTHERN DIST...

BY: /s/

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **08 CR 1168 WQH** |
| Plaintiff, ) | |
| ) | **I N D I C T M E N T** |
| v. ) | |
| ) | Title 26, U.S.C., Secs. 5861(d) and 5871 - Possession of an Unregistered Firearm (Felony) |
| BRIAN MAYNARD, ) | |
| ) | |
| Defendant. ) | |

The grand jury charges:

On or about March 28, 2008, within the Southern District of California, defendant BRIAN MAYNARD, did willfully and unlawfully possess firearms, to wit: one Heckler and Koch, model MP5K, 9x19mm, machine gun, serial number 11475, one Armscorp USA Inc., model T48 .308 caliber machine gun, serial number 10392, and two black 11¼ inch firearm suppressors/silencers, all which had not been registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871, a felony.

DATED: April 15, 2008.

A TRUE BILL:

/s/
Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:nlv(2):San Diego
4/15/08