1  THOMAS J. WARWICK, JR., #56200
   GRIMES & WARWICK
2  2664 Fourth Avenue
   San Diego, California  92103-6515
3  Telephone:  (619) 232-0600

5  Attorney for Brian Maynard

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR1168-WQH |
| ) | |
| Plaintiff, ) | Date: June 2, 2008<br>Time: 2:00 p.m. |
| ) | |
| v. ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| ) | |
| BRIAN MAYNARD, ) | 1)  **COMPEL DISCOVERY**; and<br>2)  **FOR LEAVE TO FILE FURTHER MOTIONS** |
| ) | |
| Defendant. ) | |
| _____ ) | |

**TO:  KAREN A. HEWITT, UNITED STATES ATTORNEY; and
DOUGLAS KEEHN, ASSISTANT UNITED STATES ATTORNEY**

**PLEASE TAKE NOTICE** that on June 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the Defendant, Brian Maynard, by and through his attorney, Thomas J. Warwick, Jr., will ask this Court to enter an order granting the motions listed below.

/ / /

/ / /

/ / /

/ / /

08CR1168-WQH

**MOTIONS**

Defendant, Brian Maynard, by and through his attorney, Thomas J. Warwick, Jr., pursuant to the Fourth, Fifth, and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law, and local rules, hereby moves this Court for an order:

1) To compel further discovery; and

2) For leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated: May 20, 2008                    Respectfully submitted,


                                       s/Thomas J. Warwick, Jr.
                                       THOMAS J. WARWICK, JR.
                                       Attorney for Brian Maynard

08CR1168-WQH