# PROOF OF SERVICE

**United States v. Bryan Maynard**
**Case No:08CR1168-WQH**

I, Jimene Bostick, declare under penalty of perjury, that I am a citizen of the United States, that my office address is as indicated below, that I am over the age of eighteen years, and that I am not a party to the above entitled action.

I further declare that on the date indicated below, I served the party listed below via electronic filing the following: 1. **NOTICE OF MOTIONS AND MOTIONS TO COMPEL DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS AND 2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS TO COMPEL DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS.**

Office of United States Attorney
Aaron Clark, AUSA
880 Front Street
San Diego CA 92101

Dated: May 20, 2008

s/Jimene Bostick
**Jimene Bostick** for
Thomas J. Warwick, Jr.
Jbostick@grimesandwarwick.com
2664 Fourth Avenue
San Diego, CA  92103
(619) 232-0600